IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SUNNIE SONG**, | ) | |
| | ) | |
| Plaintiff, | ) | Case number: 17-cv-1835 |
| | ) | |
| v. | ) | Judge |
| | ) | |
| **FITNESS INTERNATIONAL, LLC.** | ) | |
| **dba LA FITNESS**, a California Limited | ) | |
| Liability Company and **LIFE FITNESS** | ) | |
| **INTERNATIONAL SALES, INC.**, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants, | ) | |

## COMPLAINT

Plaintiff Sunnie Song ("Song"), by her attorney, Ryan Kim of Inseed Law, P.C., alleges upon personal knowledge as to Plaintiff, and upon information and belief as to all other matters, as follows:

## NATURE OF THE ACTION

1. This is a personal injury action brought against defendants Fitness International, LLC. dba LA Fitness and Life Fitness International Sales, Inc. for their negligent failure to maintain and to manufacture reasonably safe machine.

## PARTIES

2. Plaintiff Sunnie Song currently resides in Illinois. She was injured while she was exercising at LA Fitness center at 3880 Willow Rd, Glenview, IL 60062 on March 9, 2016.

3. Defendant Fitness International, LLC. is a California Limited Liability Company that runs fitness centers named LA Fitness with its principal place of business at 3161 Michelson Drive, Ste 600, Irvine, CA 92612.

4. Defendant Life Fitness International Sales, Inc. is a Delaware corporation that manufactures various fitness equipments such as treadmill, elliptical, upright bike, recumbent bike, rower, and climber.

## VENUE AND JURISDICTION

5. This Court has subject matter jurisdiction over this action based on diversity of citizenship, pursuant to 28 U.S.C. § 1332.

6. Venue is proper in this District, pursuant to 28 U.S.C. §1391 (a).

## FACTUAL ALLEGATION

7. On March 9, 2016, around at 3 pm, plaintiff was about to get on a treadmill manufactured by Life Fitness at LA Fitness in Glenview, IL.

8. After she got on it, as she pressed the start button, she flew off the treadmill and hit her chin and mouth on the machine. Also she hit her shoulder, knee, elbow, arms on the floor as she was thrown off of it onto the floor.

9. She lost her consciousness for few minutes, and two other customers came to her and helped her to stand up and a lady named Laurie Mendelson took her downstairs to get ice.

10. No one from the gym offered to help her other than call an ambulance.

11. As a result of the fall, plaintiff sustained serious injuries on her nose, face, shoulder, tooth and knee, extended medical treatment, and months of physical therapy.

12. Ms. Song suffered excruciating pain as a result of this injury and was largely immobile during the months in which she received physical therapy.

13. Before the accident, Ms. Song was very athletic and she used to exercise almost every day, but she had been traumatized from the accident, she cannot even try out any exercise at all.

## CAUSE OF ACTION
### Negligence of defendants

14. The allegations set forth in paragraph 1 through 13 of this complaint are re-alleged and incorporated by reference as if fully set forth herein.

15. LA Fitness had a duty to provide the reasonably safe facility, including providing equipment in a safe condition.

16. LA Fitness breached its duty to provide reasonably safe facility failing to maintain its equipment to protect its customers.

17. As the testimony of Ms. Laurie Mendelson who was exercising right next to Ms. Song and who saw the accident close up, "The manager and another man looked at it and took down the serial number. The prompts were running in the Russian language. I told the manager to put a sign on the machine saying it was out of order until it was checked for problems. They did nothing." Even though there was an accident that someone had been injured, they did not anything to protect their customers.

18. Therefore, it was reasonably foreseeable that by failing to provide a safe facility any customer or just would be injured while being on its equipment.

19. LA Fitness's wanton, willful and reckless disregard for the safety of its guests and in particular, its failure to provide a safe facility negligent failure to provide and maintain reasonably safe equipment, and in particular, its failure to provide a safe treadmill to protect its customers and guests caused her extensive and continuing injuries.

20. Life Fitness International Sales, Inc. also had a duty to manufacture reasonably safe equipment, including designing equipment in a safe condition.

21. Life Fitness International Sales, Inc. breached its duty to provide reasonably safe equipment failing to manufacture its machine to protect its consumer.

22. As a result of the defendants' Negligence in failing to maintain reasonably safe equipment, Mr. Song has suffered actual damages. These damages include pain and suffering, a continuing injury, medical bills and related cost of treatment. The long-term effects of her injuries continue to manifest themselves.

23. On February 1, 2017, Plaintiff Song visited LA Fitness to cancel her membership. For the past year, even though she was paying her membership but she could not try out even once because she was so scared. When she explained her accident to a sales representative; he apologized to her for her accident and said that there was a note regarding the accident that there was no problem on that machine. Also, the representative said that such an accident happens sometimes once a previous user of treadmill set the speed very high and left without reset.

Wherefore, plaintiff demands the following relief against defendants:

A. Awarding actual damages resulting from defendant's wrongdoing in excess of $150,000.

B. Punitive damages in an amount to be proven at trial;

C. training and post-judgment cost, interest and attorney's fees;

D. Such other and further relief as this court may deem appropriate and equitable.

## JURY TRIAL

A jury trial is demanded on all Counts.

Respectfully submitted,

Dated: March 8, 2017

INSEED LAW, P.C.

\_\_\_/S/ Ryan Kim_____
Attorney for plaintiff

Ryan J. Kim, Esq.
Inseed Law, P.C.
2454 E. Dempster Street, Suite 301
Des Plaines, Illinois 60016
(847) 905-6262
(847) 770-4774 (fax)
ryan@inseedlaw.com