**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SUNNIE SONG**, | ) | |
| | ) | |
| Plaintiff, | ) | Case number: 17-cv-1835 |
| | ) | |
| v. | ) | Judge Thomas M. Durkim |
| | ) | |
| **FITNESS INTERNATIONAL, LLC.** | ) | Magistrate Michael T. Mason |
| **dba LA FITNESS**, a California Limited | ) | |
| Liability Company and **LIFE FITNESS** | ) | |
| **INTERNATIONAL SALES, INC.**, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants, | ) | |

**VOLUNTARY STIPULATION OF DISMISSAL**

Pursuant to the provisions of FRCP 41(a)(1)(A)(ii), Sunnie Song, Plaintiff herein, voluntarily dismisses the above-entitled action as to Fitness International, LLC and Life Fitness International Sales, Inc., defendants herein signed by all parties who have appeared without prejudice and without cost to either party.

Respectfully submitted,


  /s/ Ryan Kim                                        /s/ James M. Rozak (with permission)
Ryan Kim                                            James M. Rozak
Inseed Law PC                                       311 South Wacker Drive, Suite 2450
2454 E. Dempster, Suite 301                         Chicago, IL 60606
Des Plaines, Illinois 60016                         Attorney for Defendant Fitness
Attorney for Plaintiff                              International, LLC


  /s/ M. David Short(with permission)
M. David Short
Quales & Brady LLP
300 North LaSalle Street Suite 4000
Chicago, IL 60654
Attorney for Defendant Life Fitness International Sales, Inc.

1